# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5215**            **September Term, 2022**
FILED ON: DECEMBER 20, 2022

UNITED STATES OF AMERICA,
        APPELLEE

v.

CHINA TELECOM (AMERICAS) CORPORATION,
        APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-mc-00116)

Before: HENDERSON and KATSAS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that, in light of our companion decision in *China Telecom (Americas) Corp. v. FCC,* No. 21-1233, the district court's order granting the government's petition be vacated, and the case be remanded to the district court with instructions to dismiss the case as moot, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: December 20, 2022

Opinion for the court filed by Circuit Judge Henderson.